IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VOLVO FINANCIAL SERVICES,**
**a division of VFS US LLC**                                    **PLAINTIFF**

v.                                                    CAUSE NO. 1:17CV104-LG-RHW

**ELVIS WILLIAMSON**                                             **DEFENDANT**

# JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the plaintiff, Volvo Financial Services, a division of VFS US LLC, and against the defendant Elvis Williamson, in the amount of $268,956.62, plus interest, attorneys' fees and costs. The entire amount shall accrue post-judgment interest at the currently prescribed federal rate from the date of judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 18th day of October, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE